# United States District Court
## Northern District of Illinois
### Eastern Division

Crystal Colon, et al.                       **AMENDED JUDGMENT IN A CIVIL CASE**

v.                                                Case Number: 99 C 8146

Jesse Blackmon, et al.

■     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

On 9/1/06, this Court entered judgment following a jury trial. However, we inadvertently failed to enter judgment on the counterclaims. Accordingly, this amended judgment shall supplement the judgment entered on 9/1/06.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of counterplaintiffs Jesse Blackmon and Transport Carriers, Inc. on their counterclaim against Robert Lachowski and American Shipping & Packing, Inc.; in favor of counterplaintiffs Robert Lachowski and American Shipping & Packing, Inc. on their counterclaim against Jesse Blackmon and Transport Carriers, Inc. With respect to allocation of fault, judgment is entered as follows: 75% attributable to Robert Lachowski and American Shipping & Packing, Inc. and 25% attributable to Jesse Blackmon and Transport Carriers, Inc.

                                           Michael W. Dobbins, Clerk of Court

Date: 9/20/2006                          _____
                                         /s/ Terry Charles-Perdue, Deputy Clerk