

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STEPHANIE CALETZ, as Special Administrator of the Estate of CRYSTAL COLON, a minor, Deceased; STEPHANIE CALETZ, Individually; MARIO CALETZ, Individually; STEPHANIE CALETZ and MARIO CALETZ, as parents and next friends of BRANDON CALETZ, a minor; and STEPHANIE CALETZ and MARIO CALETZ as parents and next friends of JOEL CALETZ, a minor, <br><br>         Plaintiffs, <br><br>v. <br><br>JESSE BLACKMON; ROBERT LACHOWSKI; TRANSPORT CARRIERS, INC.; and AMERICAN SHIPPING & PACKING, INC., <br><br>         Defendants. | 99 C 8146 |

### ORDER TO APPROVE SETTLEMENT OF JOEL CALETZ, A MINOR's, CAUSE OF ACTION AND APPROVAL OF DISBURSEMENTS

This cause having come before the Court on approval of a Petition to Settle Joel Caletz, a minor's, Cause of Action and Approval of Disbursements, and the Court being fully advised in the premises;

THE COURT FINDS;

1. The defendants have made an offer to settle the claims of all parties in this lawsuit for $7,600,000.00. The pro-rata apportionment of the settlement awarded to Joel Caletz, a minor, is $114,000.00.

2. The settlement herein is fair and reasonable.

3. Power Rogers & Smith are entitled to attorneys' fees based on this settlement in the amount of $ 38,000.00.

4. Power Rogers & Smith, P.C. are entitled to reimbursement of expenses attributable to this lawsuit in the amount of $2,214.73.

5. The balance available for distribution to Stephanie Caletz and Mario Caletz, as next friends and parents of Joel Caletz, a minor, from the settlement proceeds after attorneys' fees of $38,000.00 and reimbursement of expenses of $2,214.73 is $73,785.27.

IT IS, THEREFORE, HEREBY ORDERED:

A. The settlement amount as set forth in paragraph 1 is approved;

B.     Stephanie Caletz and Mario Caletz, as next friends and parents of Joel Caletz, a minor, be authorized and directed to execute such releases as are necessary to effectuate the settlement;

C.     Stephanie Caletz and Mario Caletz, as next friends and parents of Joel Caletz, a minor, be authorized to make the following disbursements:

      i.    Power Rogers & Smith, P.C. attorneys' fee     $38,000.00

      ii.    Power Rogers & Smith, P.C. reimbursement
            Of case expenses     $ 2,214.73

D.     The balance available for distribution to Joel Caletz, a minor, from his apportioned share of the settlement in the amount of $73,785.27 shall be paid only to Stephanie Caletz and Mario Caletz, as Parents and Next Friends of Joel Caletz, a minor. This Order shall be effective only after entry in the Probate Division of an order approving the bond or other security required to administer the settlement and distribution provided for in this Order.

E.     This case is hereby dismissed in its entirety.

ENTER:

_____ 7/23/08
JUDGE

**Attorney for Plaintiff(s)**
Larry R. Rogers
POWER ROGERS & SMITH
70 West Madison Street, 55th Floor
Chicago, Illinois 60602-4212
(312) 236-9381

2